IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
No. 2:11-CV-00033-FL
Northern Division

EDWARD EARL LANE,  )
        Plaintiff,  )
   v.  )
  )
  )  ORDER
MICHAEL J. ASTRUE,  )
  Commissioner of Social Security,  )
        Defendant.  )
  )
  )

This is a Social Security case in which a judgment and order were entered reversing the Commissioner's Decision and remanding the case. The Plaintiff has moved for attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $3,500.00.

On the basis of Plaintiff's motion and supporting documents, IT IS ORDERED that the Commissioner of Social Security pay $3,500.00 in attorney's fees in full satisfaction of any claim for fees, costs, and other expenses pursuant to EAJA.

This the 27 day of September, 2012.

                                              *Louise W. Flanagan*
                                              United States District Judge